**UNITED STATES of America,**

v.

**German DELGADO Appellant.**

**No. 01–3270.**

United States Court of Appeals, Third Circuit.

Submitted June 7, 2002.

Decided June 11, 2002.

Before NYGAARD, BARRY, and MAGILL, Circuit Judges.

## OPINION OF THE COURT

NYGAARD, Circuit Judge.

Appellant, German Delgado, challenges the extent of the downward departure granted by the District Court in determining his sentence. The District Court concluded that Delgado was entitled to a downward departure based upon his substantial assistance. Nonetheless, the court decided that a three-month departure was all that was indicated because appellant had an extensive history as a drug dealer and because there was a substantial quantity of the drugs involved in this offense. In effect, appellant is arguing that the District Court should have departed a total of fifteen months below his applicable Guideline range instead of three months.

We do not have appellate jurisdiction to review a challenge to the District Court's discretionary decision, challenging the extent of a downward departure under U.S.S.G. § 5K1.1. *See United States v. Torres*, 251 F.3d 138, 145 (3d Cir.2001) (citing *United States v. Parker*, 902 F.2d 221, 222 (3d Cir.1990)). Thus, we will dismiss this appeal.